# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: CHRISTOPHER J. LAUBE & VICKI J. LAUBE  Case Number: 05-76173
6129 WINDMILL LANE  SSN-xxx-xx-9363 & xxx-xx-6446
MACHESNEY PARK, IL  61115

Case filed on: 10/12/2005
Plan Confirmed on: 2/17/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $27,917.00     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICE OF MACEY & ALEMAN | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
|  | Total Legal | 1,450.00 | 1,450.00 | 1,450.00 | 0.00 |
| 013 | CLIENT SERVICES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | PIERCE & ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | STEPHEN G. BALSLEY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 10,338.95 | 10,338.95 | 0.00 | 0.00 |
|  | Total Priority | 10,338.95 | 10,338.95 | 0.00 | 0.00 |
| 999 | CHRISTOPHER J. LAUBE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AMCORE BANK NA | 9,858.00 | 9,858.00 | 5,651.02 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 9,000.00 | 9,000.00 | 4,523.82 | 1,464.91 |
| 003 | COUNTRYWIDE HOME LOANS | 22,272.19 | 22,272.19 | 12,767.34 | 0.00 |
| 004 | MGIC CREDIT ASSURANCE CORPORATION | 7,840.84 | 410.00 | 235.02 | 0.00 |
| 040 | COUNTRYWIDE HOME LOANS | 100.00 | 100.00 | 57.33 | 0.00 |
|  | Total Secured | 49,071.03 | 41,640.19 | 23,234.53 | 1,464.91 |
| 001 | AMCORE BANK NA | 0.20 | 0.20 | 0.00 | 0.00 |
| 002 | CAPITAL ONE AUTO FINANCE | 15,230.69 | 1,523.07 | 0.00 | 0.00 |
| 005 | INTERNAL REVENUE SERVICE | 742.26 | 74.23 | 0.00 | 0.00 |
| 006 | AT&T | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BELOIT CLINIC | 77.60 | 7.76 | 0.00 | 0.00 |
| 008 | BENEFICIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | BERGNERS | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | LVNV FUNDING LLC | 8,568.51 | 856.85 | 0.00 | 0.00 |
| 012 | CITIZENS FINANCE | 2,655.71 | 265.57 | 0.00 | 0.00 |
| 014 | CLINIC OF PSYCHIATRIC CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | CLINIC OF PSYCHIATRIC CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | COLUMBIA HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | DELL FINANCIAL SERVICES LP | 1,362.12 | 136.21 | 0.00 | 0.00 |
| 019 | DENTAL DESIGNERS | 834.18 | 83.42 | 0.00 | 0.00 |
| 020 | DISCOVER FINANCIAL SERVICES | 7,182.15 | 718.21 | 0.00 | 0.00 |
| 021 | IDES BENEFIT PAYMENTS | 1,423.00 | 142.30 | 0.00 | 0.00 |
| 022 | BOUDREAU & ASSOCIATES LLC | 408.70 | 40.87 | 0.00 | 0.00 |
| 023 | KENNETH M. LUTSCH D.D.S. | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MUTUAL MANAGEMENT SERVICES | 1,526.90 | 152.69 | 0.00 | 0.00 |
| 026 | NCO FINANCIAL SYSTEMS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | NICOR GAS | 626.21 | 62.62 | 0.00 | 0.00 |
| 029 | RIVERSIDE COMMUNITY BANK | 466.24 | 46.62 | 0.00 | 0.00 |
| 030 | RIVERSIDE COMMUNITY BANK | 1,859.46 | 185.95 | 0.00 | 0.00 |
| 031 | ROCKFORD MERCANTILE AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | LVNV FUNDING LLC | 1,547.22 | 154.72 | 0.00 | 0.00 |
| 033 | LVNV FUNDING LLC | 1,547.38 | 154.74 | 0.00 | 0.00 |
| 034 | SIMMS ASSOCIATES, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 035 | ST. ANTHONY MEDICAL CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 037 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 038 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 039 | VICTORIAS SECRET | 0.00 | 0.00 | 0.00 | 0.00 |
| 041 | BOUDREAU & ASSOCIATES LLC | 9,223.85 | 922.38 | 0.00 | 0.00 |
|  | Total Unsecured | 55,282.38 | 5,528.41 | 0.00 | 0.00 |
|  | Grand Total: | 116,142.36 | 58,957.55 | 24,684.53 | 1,464.91 |

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

| | |
|---|---|
| Total Paid Claimant: | $26,149.44 |
| Trustee Allowance: | $1,767.56 |
| Percent Paid Unsecured: | 0.00 |

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

          /s/ Lydia S. Meyer
         Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/26/2008        By  /s/Heather M. Fagan